No. 825. SCHAAF ET AL. *v.* ELEVENTH WARD BUILDING & LOAN ASSN. ET AL. January 19, 1942. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Mr. Jerome C. Eisenberg* for petitioners. *Mr. Fred G. Stickel, Jr.* for the Eleventh Ward Bldg. & Loan Assn.; and *Mr. Louis J. Cohen,* Assistant Attorney General of New Jersey, for the Commissioner of Banking & Insurance, respondents.

No. 836. HOBLITZELLE *v.* CITY OF UNIVERSITY PARK ET AL. See *ante,* p. 781.